FILED
DEC 12  3 53 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------X
SCHEUFELEN NORTH AMERICA, INC.      :
                                    :   CIVIL ACTION NO.
                                    :   3:03 CV 405 (MRK)
            Plaintiff,              :
                                    :
v.                                  :
                                    :
DANIEL J. McGUIRE and               :
EILEEN CAMPBELL                     :
            Defendants.             :
------------------------------------------------X   December 4, 2003

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Scheufelen North America, Inc., through its counsel, and defendants Daniel J. McGuire and Eileen Campbell, through their counsel, hereby stipulate and agree that this action be and hereby is dismissed, with prejudice.

_[signature]_
PLAINTIFF
SCHEUFELEN NORTH AMERICA, INC.
by
Victor M Ferrante (ct 13058)
2970 Main Street
Bridgeport, CT 06606
Tel: (203) 333-2131
Fax: (203) 330-0089
and
Richard McCarthy (ct 07465)
140 Sherman Street
Fairfield, CT 06824
Tel: (203) 254-8199
Fax: (203) 259-5875
Its Attorneys

_[signature]_
DEFENDANT
DANIEL J. McGUIRE
by
Morgan P. Rueckert (ct 19838)
Robin G. Frederick (ct 10542)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Tel: (203) 324-8100
Fax: (203) 324-8199
His Attorneys

_[signature]_
DEFENDANT
EILEEN CAMPBELL
by
David Hoopes (ct 06069)
Mayo Gilligan & Zito LLP
100 Great Meadow Road.
Wethersfield, CT 06109
Tel: (860) 721-7725
Fax: (860) 529-0493
Her Attorneys