UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
DEC 12  3 53 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

------------------------------------------------------X
SCHEUFELEN NORTH AMERICA, INC.       :
                                     :   CIVIL ACTION NO.
                                     :   3:03 CV 405 (MRK)
          Plaintiff,                 :
                                     :
v.                                   :
                                     :
DANIEL J. McGUIRE and                :
EILEEN CAMPBELL                      :
          Defendants.                :
------------------------------------------------------X   December 4, 2003

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Scheufelen North America, Inc., through its counsel, and defendants Daniel J. McGuire and Eileen Campbell, through their counsel, hereby stipulate and agree that this action be and hereby is dismissed, with prejudice.

